[Civ. No. 392.  Third Appellate District.—February 18, 1908.]

## SAMPSON B. WRIGHT, Appellant, v. COUNTY OF SONOMA, Respondent.

ACTION TO RECOVER $8,000 FOR WATER SUPPLIED TO COUNTY—APPEAL—JURISDICTION OF SUPREME COURT—TRANSFER.—The supreme court has exclusive jurisdiction of an appeal from a judgment in an action to recover the sum of $8,000 for the supply of water to a county for use on its highways; and when such appeal is improperly taken to this court, it will be transferred to the supreme court.

APPEAL from a judgment of the Superior Court of Sonoma County, and from an order denying a new trial. Albert G. Burnett, Judge.

The facts are stated in the opinion of the court.

T. J. Butts, for Appellant.

Clarence F. Lea, and G. W. Hoyle, for Respondent.

HART, J.—This is a direct appeal to this court from the judgment and the order denying a motion for a new trial.

The plaintiff brought the action to recover judgment for the sum of $8,600, alleged to be due him from the defendant for supplying the latter with water to be used on certain public highways in said Sonoma county during certain seasons of the years 1903 and 1904.

It is plainly apparent from the *ad damnum* clause of the complaint that the case is, by direct appeal, beyond the appellate jurisdiction of this court.  (Const., art. VI, sec. 4.)

It follows that we are required to transfer the appeal to the supreme court.

Such is the order.

Chipman, P. J., and Burnett, J., concurred.